# D.E.C.A.F

### Debt Education and Certification Foundation

Certificate Number: 35000-ALM-DE-161598876929

Bankruptcy Case Number: 21-80118

## Certificate of Debtor Education
**Personal Financial Management Certificate**

I certify that on March 17th, 2021, at 08:46 AM o'clock CDT

Eric T Cooper completed a course on personal financial management

given by internet by Debt Education and Certification Foundation, a provider

approved pursuant to 11 U.S.C. § 111 to provide an instructional course

concerning personal financial management in the Middle District of Alabama.

Date: March 17th, 2021

By: /s/Susan Gann

Name: Susan Gann

Title: Counselor